Ernest F. Swab, appellee, v. Charles W. Gettle, appellant. Gen. No. 7,631.

Bill for contribution and other relief. Decree for complainant. Appeal from the Circuit Court of Whiteside county; the Hon. William T. Church, Judge, presiding. Heard in this court at the April term, 1926. Affirmed. Opinion filed September 25, 1926. Rehearing denied January 21, 1927.

Ward, Ward & Ward, for appellant; A. J. Scheineman, of counsel. Van Sant & Besse and Jacob Cantlin, for appellee.

Mr. Justice Jones delivered the opinion of the court.

---

Abraham S. Berg and David Ansin, copartners, trading as Royal Textile Company, appellants, v. J. D. Annenberg and M. R. Patterson, copartners, trading as Annipatt Garment Company, appellees. Gen. No. 7,654.

Action for goods sold and delivered. Judgment for defendants. Appeal from the City Court of Aurora; the Hon. Edward M. Mangan, Judge, presiding. Heard in this court at the April term, 1926. Reversed and remanded. Opinion filed October 5, 1926.

Fred B. Shearer, for appellants; Charles B. Dickerson, of counsel. Samuel J. Stephens, for appellees.

Mr. Justice Jones delivered the opinion of the court.

---

Mamie Fleet, administratrix of the estate of Moses Fleet, deceased, appellee, v. Illinois Central Railroad Company, appellant. Gen. No. 7,652.

Action for personal injury. Judgment for plaintiff. Appeal from the Circuit Court of Kankakee county; the Hon. Arthur W. DeSelm, Judge, presiding. Heard in this court at the April term, 1926. Affirmed. Opinion filed October 5, 1926.

Hunter & Minor, for appellant; John G. Drennan, of counsel. Frank J. Burns and James T. Burns, for appellee.

Mr. Justice Jones delivered the opinion of the court.

---

Anna B. Alguire, appellee, v. Elliot Biester and Channing T. Biester, appellants. Gen. No. 7,599.

Action upon promissory note. Judgment for plaintiff. Appeal from the Circuit Court of Boone county; the Hon. Edward D. Shurtleff, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed October 8, 1926. Rehearing denied December 20, 1926.

Wm. Biester, for appellants. Alexander J. Strom, for appellee. Mr. Justice Jett delivered the opinion of the court.

---

Knights of the Ku Klux Klan, Inc., appellee, v. Godfrey C. Berg and Charles N. Wallace, appellants. Gen. No. 7,601.

Assumpsit for money had and received and upon an account stated. Judgment for plaintiff. Appeal from the County Court of Grundy county; the Hon. William E. Viner, Judge, presiding. Heard in this court at the October term, 1925. Reversed and remanded. Opinion filed October 20, 1926.

Warren E. Bull, for appellants. C. D. Fithian, for appellee. Mr. Justice Jett delivered the opinion of the court.